UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-21561 -BLOOM/Elfenbein

JAMES L. MURPHY,

    Plaintiff,

v.

MIAMI-DADE COUNTY GOVERNMENT AUTHORITY,
ELITE GROUP PROPERTIES LLC, and
MIAMI FL HOME SOLUTIONS LLC,

    Defendants.

_____/

**ORDER ON REPORT AND RECOMMENDATIONS
ON MOTION TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** is before the Court upon Plaintiff's Complaint, ECF No. [1], and Motion for Leave to Proceed *in forma pauperis*, ECF No. [3]. On July 15, 2025, the Motion was referred to United States Magistrate Judge Marty Fulgueira Elfenbein, ECF No. [11]. On July 15, 2025, Judge Elfenbein issued a report and recommendation ("R&R"), ECF No. [14], recommending that the Motion be granted. None of the Parties filed objections to the R&R.

"If a party fails to object to any portion of the magistrate judge's report, those portions are reviewed for clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The portions of the report and recommendation to which an objection is made are reviewed *de novo* only if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3); *Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Nevertheless, the Court is fully advised in the premises of the R&R. Upon review, the Court finds the R&R to be well reasoned and correct.

Case No. 25-cv-21561-BLOOM/Elfenbein

The Court therefore agrees with the analysis in the R&R and concludes that the Motion to Proceed *in forma pauperis*, ECF No. [3], must be granted. However, because the Complaint fails to state a claim for which relief may be granted, the Complaint must be dismissed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [14]**, is **ADOPTED**.

2. Plaintiff's Motion, **ECF No. [3]**, is **GRANTED**.

3. This case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an Amended Complaint in accordance with the R&R, and this Court's Order, **no later than August 21, 2025**. The failure to file an Amended Complaint or show cause by August 21, 2025, will result in dismissal of this case without prejudice and without further notice.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 31, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

James L. Murphy
5601 NW 11th Avenue
Miami, FL 33127